Leonard H. Ludwig, as Administrator, etc., of Irving H. Ludwig, Deceased, Intestate, Appellant, v. The City of New York, Respondent.— Order affirmed, with costs. No opinion.

Sophie D. Schoeller, Respondent, v. Metropolitan Express Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Morris Reisler, an Infant, by Abe Reisler, His Guardian ad Litem, Respondent, v. John H. Springer, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, in which event judgment as so modified and order affirmed, without costs. No opinion. (Ingraham and Houghton, JJ., dissenting and voting for reversal.) Settle order on notice.

Twelfth Ward Bank of the City of New York, Appellant, v. Charles Katz, Respondent.— Judgment affirmed, with costs. No opinion.

Morris Rosenwasser, Respondent, v. The Ætna Indemnity Company, Appellant. — Judgment and order affirmed, with costs. No opinion,

Patrick Keegan, Respondent, v. Daniel D. Streeter, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

James Donnelly, Respondent, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Appellant.— Order affirmed, with costs. No opinion. (Clarke, J., dissenting.)

Augustus H. Grote, Respondent, v. Ida F. Grote, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend answer on payment of costs in this court and in the court below. No opinion. (Ingraham and Houghton, JJ., dissenting.)

John C. Rodgers, Respondent, v. Ambrose B. Stannard, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict by deducting therefrom $472.51; in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Jeremiah J. Sullivan, Appellant, v. The Mercantile National Bank of the City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Anita Piza, Respondent, v. David Lubelsky, Appellant.— Judgment affirmed, with costs. No opinion.

William Scott, Respondent, v. Grove D. Curtis and Walter F. Blaisdell, Appellants.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting.)

William Nathan Tuthill and Arthur K. Mack, Appellants, v. James A. Rolfe, Respondent.— Judgment affirmed, with costs. No opinion. (Houghton and Scott, JJ., dissenting.)

Henry F. Cleeve, Appellant, v. Carl Fischer-Hansen, Respondent.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Union Club, Appellant, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the